SD:HDM/NDB
F. #2018R00378

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

CARLOS GENTIL ORDONEZ,
    also known as "Picapiedra,"
    "Peter," "Piter," "Bam Bam"
    and "Indio Carlos,"

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

2018 APR 18 PM 3: 26

I N D I C T M E N T

Cr. No. CR 18 - 00200
(T. 21, U.S.C., §§ 853(a), 853(p), 959(d),
960(b)(1)(B)(ii), 963 and 970; T. 18,
U.S.C., §§ 3238 and 3551 et seq.)

DeARCY HALL, J.

MANN, M.J.

THE GRAND JURY CHARGES:

INTERNATIONAL COCAINE DISTRIBUTION CONSPIRACY

1.  In or about and between 2009 and 2014, both dates being approximate and inclusive, within the extraterritorial jurisdiction of the United States, the defendants CARLOS GENTIL ORDONEZ, also known as "Picapiedra," "Peter," "Piter," "Bam Bam" and "Indio Carlos," together with others, did knowingly and intentionally conspire to distribute a controlled substance, intending and knowing that such substance would be unlawfully imported into the United States from a place outside thereof, which offense involved a substance containing cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 959(a) and 960(a)(3). The amount of cocaine involved in the conspiracy attributable to the defendants as a result of their own

2

conduct, and the conduct of other conspirators reasonably foreseeable to them, was five kilograms or more of a substance containing cocaine.

(Title 21, United States Code, Sections 963, 960(b)(1)(B)(ii) and 959(d); Title 18, United States Code, Sections 3238 and 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATION

2. The United States hereby gives notice to the defendants that, upon their conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 21, United States Code, Sections 853(a) and 970, which requires any person convicted of such offense to forfeit: (a) any property constituting, or derived from, any proceeds obtained directly or indirectly as the result of such offense, and (b) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

  (a) cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p),

3

to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation.

(Title 21, United States Code, Sections 853(a), 853(p) and 970)

A TRUE BILL

_____
FOREPERSON

_____
RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2018R00378

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

*CARLOS GENTIL ORDONEZ,*

Defendants.

# INDICTMENT

(T. 21, U.S.C., §§ 853(a), 853(p), 959(d), 960(b)(1)(B)(ii), 963 and 970; T. 18, U.S.C., §§ 3238 and 3551 et seq.)

*A true bill.*

_____
Foreperson

Filed in open court this _____ day,

of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____

*Hiral D. Mehta and Nomi D. Berenson, Assistant U.S. Attorneys*
*(718) 254-7000*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 18 - 00200 |
| CARLOS GENTIL ORDONEZ | ) | DeARCY HALL, J. |
| | ) | MANN, M.J. |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   CARLOS GENTIL ORDONEZ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
International Cocaine Distribution Conspiracy, 21 U.S.C Section 963

Date:   04/18/2018

*Issuing officer's signature*

City and state:   Brooklyn, NY

CHERYL POLLAK   USMJ
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____
Known aliases: _____
Last known residence: _____
Prior addresses to which defendant/offender may still have ties: _____
_____

Last known employment: _____
Last known telephone numbers: _____
Place of birth: _____
Date of birth: _____
Social Security number: _____
Height: _____ Weight: _____
Sex: _____ Race: _____
Hair: _____ Eyes: _____
Scars, tattoos, other distinguishing marks: _____
_____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number):* _____

FBI number: _____
Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable):* _____

Date of last contact with pretrial services or probation officer *(if applicable):* _____